*18*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Cinnamon Pierce

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Guardian & Associates,
David Braxton
Lawrence Paolucci
DMC Hospitals
BCA STONE CREST Hospital
STATE OF MICHIGAN
Nancy J Williams
Pamela Traskos, et al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:18-cv-11716
Judge: Cohn, Avern
MJ: Grand, David R.
Filed: 05-31-2018 At 03:23 PM
PIERCE VS GUARDIAN & ASSOCIATES (DP)

Jury Trial:    ☐ Yes    ☐ No
              *(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *1st Amendment  4th Amendment 5th Amendment  8th Amendment  14th Amendment  13th Amendment HUMAN RIGHTS TREATY, PERJURY in A COURT OF LAW, Discrimination, JURISDICTION (Lack of) RICO*

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

    a.      If the plaintiff is an individual
       The plaintiff, *(name)* *Cinnamon Pierce,*
       is a citizen of the State of *(name)* *Michigan*.

    b.      If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the
       State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual
       The defendant, *(name)* *David Braxton, et al*, is a citizen of the
       State of *(name)* *Michigan*. Or is a citizen of *(foreign
       nation)* _____.

    b.      If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____, and
       has its principal place of business in the State of *(name)*
       _____. Or is incorporated under the laws of
       *(foreign nation)* _____, and has its principal place
       of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach
   additional pages if needed.

   | | |
   |---|---|
   | Name | Cinnamon Pierce |
   | Street Address | 8027 Marlowe |
   | City and County | Detroit, WAYNE |
   | State and Zip Code | MICHIGAN |
   | Telephone Number | |
   | E-mail Address | |

   B.     **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the
   defendant is an individual, a government agency, an organization, or a corporation.
   For an individual defendant, include the person's job or title (if known).  Attach
   additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | STATE OF MICHIGAN |
   | Job or Title (if known) | |
   | Street Address | 430 W. Allegan St |
   | City and County | Lansing |
   | State and Zip Code | Michigan 48933 |
   | Telephone Number | 888-767-6424 |
   | E-mail Address (if known) | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | DAVID BRAXTON |
   | Job or Title (if known) | Judicial Officer |
   | Street Address | 2 Woodward Ste 1301 |
   | City and County | Detroit Wayne |
   | State and Zip Code | Michigan 48226 |
   | Telephone Number | 313-224-5706 |
   | E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Nancy J. Williams |
| Job or Title (if known) | P. O. Box 48531 |
| Street Address | NONE KNOWN |
| City and County | |
| State and Zip Code | |
| Telephone Number | 313-584-3187 / 313-854-3187 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Pamela Traskos |
| Job or Title (if known) | ? |
| Street Address | 430 W. Allegan St |
| City and County | Lansing |
| State and Zip Code | Michigan 48933 |
| Telephone Number | 8887567-6424 |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Cinnamon Pierce

Street Address     8027 Marlowe

City and County     Detroit Wayne

State and Zip Code     Michigan 48228

Telephone Number     313-675-5093 /248-667-1440

E-mail Address

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. **5**

Name     BCA STONECREST

Job or Title
(if known)     Dr. Haddad

Street Address     15000 Gratiot

City and County     Detroit Wayne

State and Zip Code     Michigan 48207

Telephone Number     313- 307-4967

E-mail Address
(if known)

Defendant No. **6**

Name     STATE OF MICHIGAN

Job or Title
(if known)     7. CPS, GA

Street Address     430 W. Allegan St

City and County     Lansing

State and Zip Code     Michigan 48933

Telephone Number     888-767-6424

E-mail Address
(if known)

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 7

Name _DMC Hospitals_

Job or Title
(if known)

Street Address _6071 Outer Drive W_

City and County _Detroit   Wayne_

State and Zip Code _Michigan 48235_

Telephone Number _313-966-3300_

E-mail Address
(if known)

Defendant No. 8

Name _Guardian and Associates_

Job or Title _Owner / Managing member_
(if known)

Street Address _P.O. Box 48531_

City and County _Oak Park   Oakland_

State and Zip Code _Michigan 48237_

Telephone Number _313-854-3187_

E-mail Address
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy *whatever this honorable court decides*

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: *All social security benefits of mine.*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Slavery was outlawed and this group of people (the defendants) willfully denied me my Constitutional Rights. They have used their titles and career positions to capture my life as if I am a slave. They denied even my religious practices and continues to assist one another using libel, slander, defamation under color of law thereby denying me all of my Constitutional, Civil, Religious Indigenous, Biological, Human, Natural and Inalienable Rights have been violated by the defendants*

5

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting my life back as a free unencumbered person. I am requesting corrections of all records. I am requesting to practice my religious beliefs as a Hebrew. I am requesting relief from perjury, identity theft. I am requesting relief from oppression, suppression, and relief from total domination and control of the defendants. I am requesting my pesonal social security number and benefits not be utilized and all private information be returned to me. I am not sure of the amount to request but there are unpaid medical bills in Alabama. My income taken from me since January 2018 be returned with interest. Punitive and exemplary damages for putting me into slavery, perjury and all that they have done. See Attached

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 23_, 20 _18_.

Signature of Plaintiff _Cinnamon Pierce_

Printed Name of Plaintiff _Cinnamon Pierce_

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

SEE ATTACHED DOCUMENTS

(1) April 27th, 2018
    Guardian and Associates

(2) May 8th  Wayne County Probate Court Ombudsman

(3) May 8th  Social Security Administration

7

April 27, 2018

Guardian & Associates, Inc.

P.O. Box 48531

Oak Park, MI 48237

313-854-3187

Dear Nancy Williams and Lonnie Griffin and all staff of Guardian & Associates,

This is Cinnamon Pierce and I am formally notifying you that I RESERVE ALL OF MY HUMAN RIGHTS, INDIGENOUS RIGHTS, BIOLOGICAL RIGHTS, CIVIL RIGHTS, CONSTITUTIONAL RIGHTS, and BILL OF RIGHTS AND ALL OF MY INALIENABLE RIGHTS GUARANTEED TO ME AND I WAIVE NONE!

I Cinnamon Pierce am of sound mind and body. I am not schizophrenic. In December 2017, I purchased my own plane ticket and went down South. There I was weaned off all the habit forming and mind altering drugs these psychiatrists in Michigan were prescribing me for their misdiagnosis. Those medications caused hallucinations and altered behavior. Anything that I have said or done under the influence of narcotics and heavy doses of psychotropic medications are no longer affecting me.

Those physicians in Alabama gave me the **relief from drugs that altered my mind and body.   Now, I can think very clearly because those heavy drugs and habit forming narcotics are out of my body and I am fully aware and cognizant of my life.** I am capable of making my own decisions. I am an adult. I have PTSD.

Guardianship over me was given to Guardian & Associates (a For Profit Corporation) by Force, Fraud and Intimidation under color of law. Human trafficking disabled adults utilizing the legal system, courts and court officers to perpetuate malicious and false testimony whereby the Wayne County Probate Judges allow such biased, false testimony to stand without question while disregarding a person's right to defend themselves and produce witnesses. I have been treated very wrong by you, the Probate Courts including judges, APS and all who is involved in the trafficking of live living human beings under color of law. The judge allows other agencies to lie  commit perjury without question. If the judges were unbiased as well as his Guardian Ad Litem then the judge would address the perjury when he was informed, neither would the judge let those Agencies speak and then have no time for me or my family and witnesses to speak on my behalf. That way the crooked judges can make false records and give you FOR PROFIT CORPORATIONS control of individuals you think are too stupid to stand up for themselves. Therefore, I want to know how much money are you giving back to the judges or are you just a front for them?

You also have received bridge card and cut off my medical services with the Department of Human Services trying to block me into your agenda.  No one asked you to interfere in my business associated with my social security number.  **Under the Privacy Act you cannot violate my rights.  The state court judge cannot violate Federal laws.**  Although Wayne County Probate Court judges have, this will be determined in federal court.  **Yall all lack jurisdiction!  Do not use, obtain anything or use anything using my social security number! You are not to tamper with my mail**.

I have discovered that you have stolen my identity!

 Nancy you yourself even told the court that you cannot do anything for me because you did not get my social security funds.  Well it just goes to show you are not qualified to be my guardian.  If all you do is call other agencies on my behalf, it is not a guardian.

 PTSD is no reason that a guardian should have been appointed especially when I have a big huge loving family.  THIS IS WHO IS TAKING CARE OF ME, MY FAMILY ESPECIALLY MY MOTHER!  My own mother is financially taking care of me.  When it was cold, II was treated for hypothermia at the hospital since you did not buy me a coat as my guardian.  I have called you several times and you did not return my call.  I am sick of all of yall trying to hurt me because of your greed.  Shame on you!

 You called my mother and said I cannot have an independent medical examination without your permission.   You told me that I could not attend school without your permission.  You said I could not have my own private physician nor could I have my own private therapist.  You cut me off totally from my family and said they could not visit or see me in the hospital.  **Who do you think you are? Guardianship does not give you automatic total domination and control over me.** Plus cash works very well! And my family is paying for it.  I also am a federal witness so I called Agent Walters and told him yall were trafficking me for my social security check.  I am going to find me a job.

I have all of my rights intact.  I formally inform you that I Cinnamon Pierce RESERVE ALL OF MY RIGHTS AND WAIVE NONE.  I do not give consent to contract with you or do business with you and your agencies. I do not consent to contract with Wayne County Probate Court.  The UCC states that if there is no contract there is no case!

 **I have my own private physician and my own private therapist.  I will report my income to the Social Security Administration.  I am not a dog on a leash.**

When you and the judge and state officers and whoever is involved in this conspiracy of using the legal system to Human Traffic disabled adults, you should know whom you are dealing with.  First of all, Homeland Security Human Trafficking Team has investigated my kidnapping and a part of that was investigating me and my family.  They always help me when I need them.  Second, the Social Security Administration has several years' documentation from my physicians.  Third, my years of In-Home counseling has not documented that my family was unsuitable.  So with all of this documentation and suddenly, you Judge Braxton, Judge Lawrence C, Adult Protective Services and DMC come up with preposterous false testimony to try to make your case against me.

In case you are anticipating getting a doctor to give me drugs causing hallucinations like Michigan has done in the past, or lock me up or any other scheme, at least now I have homeland Security checking yall out.  Those federal agents knows me and my family, you don't!

Oh and the Human Rights Treaty specifically states a disabled person is to go with their family members not a corporation.  And you all have the nerve to think people cannot improve.  One thing I can say for sure is that down south they don't believe in habit forming psychotropic drugs and they did not misdiagnose me nor dope me up with prescriptions that cause schizophrenia.  Not once but twice psychiatric doctors have given me fatal overdoses of psychotropic medications and I could have died if my mother had not intervened. And yes I intend to sue you all including the judge the title has immunity but not the person.

You are hereby notified formally!   Oh, by the time you get this notification, there will be a filing in the Federal District Court because I am sick of you all treating me wrong. . I am sure you all will be angry at us because we dare to  stand up for our rights because you all willfully deny me my rights using the legal system.  I don't know how much you all make off of traumatized rape victims but this legal raping has to STOP NOW!

Sincerely,

Cinnamon Pierce
Cinnamon Pierce

CC

Social Security Administration

Senator

Wayne county Court Ombudsman

Homeland Security Human Trafficking  Divsion

Wayne County Sheriff

Attorney General Bill Schute

Judicial Tenure Commission



May 8, 2018

Wayne County Probate Court Ombudsman,

Dear Sir or Madam,

In the Matters of CINNAMON PIERCE, there is much blatant disregard for the laws of our country per court officers in the Wayne County Probate Court. It is unfortunate that this court has judges that violate their own Oaths of Office that is filed with the State of Michigan. There is much discrimination, bias and a conspiracy to trap emotionally impaired live living human beings. The level of cruelty that has been ordered against Cinnamon Pierce is equivalent to Fraud Upon the Court. I am sending this correspondence to request a full investigation and formal nullification of all orders entered. I am requesting that all records be corrected. I am requesting all discrimination and violations of Human Rights, Constitutional Rights, Indigenous Rights, Biological Rights, Constitutional Rights, Bill of Rights, Natural Rights and all Inalienable Rights guaranteed be immediately corrected and so ordered by a reputable Judge that operates within the Oath of Office.

Wayne County Probate Court lacks proper jurisdiction to order a For Profit Corporation as guardian for Cinnamon Pierce. We are asking for all perjured testimony to be addressed by the court. We are requesting a formal investigation as to why Cinnamon's Rights have been denied her. We are requesting all files and documents that contain perjured testimony to be corrected to reflect facts and truth, not this conspiracy to defraud those who are considered disabled. Both Judge David Braxton and Lawrence Paolucci have violated their Oaths of Office, allowed perjured testimony and made rulings in error of law, discrimination, and abuse of power under color of law. There is more but I will let the federal authorities go into much greater detail.

Cinnamon Pierce does not consent to contract with Wayne County Probate Court. As a live living human upon the earth, Cinnamon will live her own life as a capable adult. Cinnamon is not mentally retarded and she can care for herself. Cinnamon will not behave as if she is an incompetent adult. Cinnamon Pierce formally notifies the Wayne County Probate Court that she is invoking the UCC which state that if there is no contract there is no case. Cinnamon Pierce formally states she will not contract with the Wayne County Probate Court and RESERVES ALL her Human rights, Biological Rights, Indigenous Rights, Civil Rights, Bill of Rights, Constitutional Rights, Natural Rights and Inalienable Rights as guaranteed to her and Cinnamon pierce Waives NONE of her rights.

Judge David Braxton has allowed perjured testimony and ordered Guardianship be given to a For Profit Corporation called Guardian and Associates. Nancy Williams lingers in Judge Braxton's courtroom and he asks Nancy Williams to take Guardianship. Judge Braxton knows full well In the Matters of Cinnamon Pierce that Cinnamon has a family that cares for her needs. Cinnamon's family is an expert of Cinnamon not the perjured testimony of APS and DMC who gave Cinnamon a fatal overdose of drugs. Judge Braxton allows Guardian Ad Litem APS to make perjured statements and when he is told that it is



perjury, suddenly Judge Braxton does not have the time to hear the corrections on record, he says he has a lot of other cases.  Judge Braxton never questioned Cinnamon Pierce himself to ascertain if she is cognizant.  He just goes on and rules with total disregard of Cinnamon, her family, her witnesses.  Not only is there an appearance of bias, disregard but there is an appearance of Racketeering Influenced Corrupt Organization (RICO).


Judge Lawrence Poaucci held a hearing in his court that was so predicjucial and biased and discriminatory, when he allowed a court appointed attorney who knew nothing about Cinnamon to represent her without first conferring with Cinnamon.  This attorney did not confer with anyone who personally knew Cinnamon.  This attorney did not provide effective assistance of counsel as guaranteed by the United States Constitution.  Cinnamon was brought to this hearing in chains as if she was a criminal.  At this hearing, the so called expert witness (a physician from DMC) testified that Cinnamon had no clue of her illness, yet, Cinnamon stated she has PTSD.  DMC is a huge corporation and one of its doctors is the doctor who gave Cinnamon a fatal dose of psychotropic medications October 2017.  DMC rushed to make a record to make Cinnamon seem so incapable so that they could cover up their malpractice.  Because of the judge and this ineffective attorney, DMC Sinai Grace was allowed to proceed and defame Cinnamon and her character.  This attorney appointed by the Wayne County Probate Court again, gives the appearance of Violation of all of Cinnamon's rights while advancing other's agendas giving the appearance of Racketeering Influence Corrupt Organization.

 Nancy Williams is not an appropriate Guardian.  She has stated on record that she cannot take care of Cinnamon because she has not received Cinnamon's Social Security Check.  Cinnamon appeared before the Social Security Administration and made a formal request for investigation.  Cinnamon has also requested to receive her own benefits associated with her own personal social security number.  Cinnamon will not give permission to anyone to violate her Privacy Act under federal laws.  Cinnamon has formally notified the State of Michigan and Social Security Administration of her RESERVING ALL OF HER RIGHTS AND WAIVE NONE.  Cinnamon will close her Social Security Account before she allows herself to be robbed under color of law.  Nancy Williams attempt with the help of Judge Braxton, for total control and domination of Cinnamon Pierce and her personal private life is terminated, as Cinnamon Pierces refused to contract with Guardian & Associates.


Wayne County Probate Court Ombudsman, clear up all of these corrupt practices, actions that has been perpetuated against me without cause.



Sincerely,

Cinnamon Pierce
Cinnamon Pierce



May 8, 2018


Social Security Administration
1100 West High Rise
6401 Security Blvd
Baltimore, MD 21235

Dear Sir or Madam,

I Cinnamon Pierce, do hereby inform you of the situations and circumstances.  There are several people fighting over my Social Security Income in a fraudulent manner.  I am tired of my privacy being invaded.

You assigned me a personal private account 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.  I am requesting that you honor my privacy and make sure no one without my expressed written concent has access to my personal files.  I have RESERVED ALL OF MY HUMAN RIGHTS, BIOLOGICAL RIGHTS, NATURAL RIGHTS, CIVIL RIGHTS, CONSTITUTIONAL RIGHTS, INDIGENOUS RIGHTS, BILL OF RIGHTS AND INDIGENOUS RIGHTS AND I WAIVE NONE.

Under the Uniform Commercial Code, it states that if there is no contract there is no case.  I have no contract and do not concent to contract with Guardian & Associates, nor the Wane County Probate Court.

I do not want nor need a guardian.  My mother would be the only acceptable person whom I trust.

Currently, I am living with my mother as of May 1st.  I have my own private therapist and psychiatrist.  I make my own decisions.  Having PTSD doesn't mean I am retarded, I am not retarded.  I would like you to release my benefits to me.  If you feel it is necessary then my mother.

It is too much corruption going on in Wayne County Probate Court.  They lie, doctors try to keep you doped up so you cannot try to do good in your life.  This Guardian & Associates is s Forprofit Corporation that does not legally list a street address.  THAT IS ILLEGAL!.. even a lease has to have the landlords address not a P.O. Box or the lease is illegal...There is something that is not right.  The lies and the so called professionals all lie to conspire to rip people like me off.

Please formally investigate the Wayne County Probate Court.  I betcha you will find a lot of disabled people have been denied their rights.  The Wayne County Probate Court puts lies on record then gives people guardians and I guess those guardians gather everybodys money and all in the conspiracy get paid.

Can you release my check to me.  Carelink is responsible for paying Helen Home because the Guardian left me in the hospital discharged for 2 weeks.  The the doctors and Carelink placed me in Helen Homes and would not let me go home to my family.  Well as an adult that is not all doped up by doctors, I can think more clearly.  I am going back to school, I am going to my therapist, I am looking for a job. There at Helen Homes they told my that I could not see my family. Than is when I left. At first, I would go back at 8am and 8pm to get my meds and after taking my meds I went back to my family. I would stay at my mos home and then they threatened to call the police so I left.  I am a young adult and I got to try for

myself. I am living at 8027 Marlowe detrioit, MI 48228 with my mother.  I do not give conscent to live among strangers or people who want to keep me away from my family or call the police cause I will not sit in a house all day long doing nothing.

I asked my mom to help me . with this letter .


Sincerely,

Cinnamon Pierce



JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Cinnamon Pierce, et al | |

(b) County of Residence of First Listed Plaintiff **WAYNE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | ☐ 490 Cable/Sat TV |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 890 Other Statutory Actions |
| | | | | ☐ 891 Agricultural Acts |
| | | | | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| | | | | ☐ 896 Arbitration |
| | | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE Cinnamon Pierce DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :